|   |   |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | CASE NO. CR21-056RSM |
| v. | ORDER GRANTING MOTION TO CONTINUE JURY TRIAL |
| KENNETH N. LEE, | |
| Defendant. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

This matter comes before the Court on Defendant Kenneth Lee's Motion to Continue Jury Trial, Dkt. #283.  Mr. Lee moves to continue trial, currently set for March 20, 2023, until some time in the fall of 2023 to accommodate the hiring of Anna Cavnar as additional defense counsel. Mr. Lee argues that this case is "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and that a continuance is warranted under that statute and the circumstances of this case.  The Court agrees and finds that a continuance is necessary in order to provide effective assistance of counsel.

Accordingly, having reviewed the Motion, along with the remainder of the record, the Court hereby finds and ORDERS that Defendant Lee's Motion to Continue Jury Trial, Dkt. #283, is GRANTED.  Trial is continued to September 18, 2023.  The pretrials motion deadline is now set for August 3, 2023. A waiver of speedy trial through October 2, 2023, must be filed by the

ORDER GRANTING MOTION TO CONTINUE JURY TRIAL – 1

Defendant no later than January 30, 2023.  The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 3rd day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO CONTINUE JURY TRIAL – 2